# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-96** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MICHAEL STRAUSBAUGH (1),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of May, 2019, upon consideration of the motion (Doc. 212) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, as supplemented, by defendant Michael Strausbaugh ("Strausbaugh"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Strausbaugh's motion (Doc. 212) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, as supplemented, is DENIED in its entirety.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:15-cv-01869.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania